UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JESSICA LAURELLE BURROUGHS, Individually and as Administrator of the Estate OF AUSTIN ROBERT BURROUGHS and CHARLENE SANDRA BANCROFT,<br>*Plaintiffs*<br><br>v.<br><br>UDR, INC., LAKELINE VILLAS, LLC, AND CD&SA-S INC., D/B/A COMPOUND SECURITY SPECIALISTS,<br>*Defendants* | § § § § § § § § § § § § § § § § § | No. 1-20-CV-1130-DH |

## ORDER

Before the Court is the above styled cause of action. On August 2, 2023, the parties filed a Joint Motion to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a), Dkt. 86. Accordingly, **IT IS ORDERED** that the case is **CLOSED.** Each party shall bear their own court costs, fees, and expenses.

SIGNED August 2, 2023.

                                                              DUSTIN M. HOWELL
                                                             UNITED STATES MAGISTRATE JUDGE